@003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

TRUSTEES OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 30
BENEFIT FUNDS,

                Plaintiffs,

      -against-

ST. LUKE'S/ROOSEVELT HOSPITAL
PHYSICIAN ORGANIZATION, INC.,

                Defendants.
------------------------------------------------X

05-CV-0139 (ARR)(KAM)

P.M. _____
TIME A.M. _____

**STIPULATION
DISCONTINUING
ACTION**

    **THIS STIPULATION** is being entered into between attorneys of record for the plaintiff, Trustees of the International Union of Operating Engineers Local 30 Benefit Funds and the attorneys of record for the defendant, St. Lukes/Roosevelt Hospital Physician Organization, Inc., in the above entitled action.

    **WHEREAS**, a dispute exists between the parties in connection with benefit fund contributions;

    **WHEREAS**, the parties are desirous of settling the above captioned matter;

    **NOW, THEREFORE**, it is agreed by the parties and to be ordered by the Court:

    In consideration of a settlement between the parties, the above action is hereby discontinued against the defendant for the period of the Complaint without further costs to either party as against the other with leave to reopen within thirty (30) days by letter to the court if settlement is not consummated.

Agreed and Consented to:
this /8th day of ___August___ 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Danielle M. Carney, Esq. (DMC 7471)
    Attorneys for Plaintiff
    3 Surrey Lane
    Hempstead, NY 11550

**SO ORDERED:**

_____
Honorable Kiyo A. Matsumoto, USMJ

StipDis1

**LEGAL DEPARTMENT**

By: _____
    David Engel Esq.
    Attorneys for Defendant
    555 West 57th Street
    New York, NY 10019

Dated: ___9/14/05___

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

MICHELLE BAGINSKI
DENNIS M. CARIELLO
DANIELLE M. CARNEY
SUSAN CHIM
DANA HENKE†
STEVEN KERN††
JUDY S. WONG
KARIN ARROSPIDE
SCOTT AURNOU
YONGMIN OH

\* Also Admitted in PA
\*\* Also Admitted in NJ
† Also Admitted in DC
†† Also Admitted in CT

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax: (914) 592-5213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

OF COUNSEL:
Albert Rodrigues, Esq.

August 18, 2005

Honorable Kiyo A. Matsumoto, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:**   *Trustees of the International Union of Operating Engineers Local 30 Benefit Funds v. St. Luke's/Roosevelt Hospital Physician Organization, Inc., Index No.: 05-CV-0139*

Dear Honorable Matsumoto:

Please be advised that the undersigned represents the Plaintiff in the above referenced matter. A Stipulation of Discontinuance is being filed with the court which is attached for your approval. The Stipulation allows the parties thirty (30) days to consummate the settlement. Accordingly, we are requesting the conference scheduled for today, August 18, 2005 at 5:00 p.m. be cancelled.

We apologize for the last minute notice. We just resolved the matter today. Thank you. If you have any questions, please contact me.

Sincerely,

Danielle M. Carney, Esq.

CC: Fund Office

:cancelconf.let

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

DENNIS M. CARIELLO
DANIELLE CERONE
DANA HENKE†
STEVEN KERN††
MARK L. MCKEW
ADRIENNE PAULE
JUDY S. WONG

\* Also Admitted in PA
\*\* Also Admitted in NJ
† Also Admitted in DC
†† Also Admitted in CT

3 Surrey Lane
Hempstead. New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax: (914) 592-3213

5 Hanover Square
24ᵗʰ Floor
New York, New York 10004
(212) 943-9080
Fax (212) 943-9082

OF COUNSEL:
Giacchino J. Russo, Esq.
Kathleen A. McGoldrick, Esq.
Albert Rodrigues, Esq.

**Date:** _8/18/05_

**TO:** _HON Ross_

**FAX NUMBER:** _718 - 260 - 2386_

**FROM:** _Danielle Carney_

**RE:** _05 - 0139_

**NUMBER OF PAGES INCLUDING COVER SHEET:** _3_

## IF YOU HAVE PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL US AT (516) 483-2990.

**COMMENTS:** _This will also be electronically filed. Thank you._

Note: The information contained in this transmission is *confidential and privileged* and is intended only for the use of the individual named above. If you have received this transmission in error, please notify us immediately by telephone and destroy the entire transmittal.

54